No. 41. F. E. WEAR ET AL. *v.* VIRGIL W. JOHNSTON ET AL. Error to the Supreme Court of the State of Kansas. Argued October 4, 1923. Decided October 8, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Samuel Feller,* with whom *Mr. H. M. Langworthy* was on the briefs, for plaintiffs in error. *Mr. Douglas Hudson* appeared for defendants in error.

---

No. 23. MANGUM ELECTRIC COMPANY *v.* CAMPBELL RUSSELL ET AL., INDIVIDUALLY, ETC. Appeal from the District Court of the United States for the Western District of Oklahoma. Submitted October 3, 1923. Decided October 8, 1923. *Per Curiam.* Action below to enjoin utility rates as in violation of the due process clause of the Fourteenth Amendment. Rates sustained as reasonable by State Commission, State Supreme Court, and the United States District Court below. Appellees have filed brief. Appellant has failed to do so. The Court declines, in the absence of a brief, to examine a lengthy record to determine whether the evidence contained therein overcomes the presumption attaching to the finding of the commission and two courts. Decree affirmed. *Mr. George F. Short* and *Mr. C. A. Galbraith* for appellees. No brief filed for appellant.